United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

In re:

**Dawn Valore Martin**,                                    Case No. 15-11383-RGM

    Debtor.                                              Chapter 7

### Amended Order Regarding Motion for Rule to Show Cause

    This matter came before the Court on the motion of the United States Trustee to amend the Order Regarding Motion for Rule to Show Cause, ("Order") Docket No. 18.

    Now, it appearing to the Court:

    The Order required the Debtor to appear at a meeting of creditors at the Office of the United States Trustee on Thursday, August 27, 2015 at 11:00 am.

    The Debtor has provided the United States Trustee with documentation as to why she cannot appear, either in person or by telephone, at the August 27, 2015, meeting of creditors.

    Now, therefore, it is hereby:

    Ordered that the Order, entered August 6, 2015, Docket No. 18, is amended so as to continue the meeting of creditors.

    Ordered that the Debtor, Dawn Valore Martin shall appear at a rescheduled meeting of creditors at the Office of the United States Trustee, 115 South Union Street, Alexandria, Virginia 22314, on **Thursday, October 8, 2015, at 11:00 am**.

    Ordered that all other provisions of the Order are to remain in full force and effect.

    Ordered that the Clerk shall notice the October 8, 2015 rescheduled meeting of creditors to all creditors and other parties in interest.

    Ordered that the Clerk shall serve a copy of this order on the parties listed below.

Date: Aug 25 2015                                         /s/ Robert G. Mayer
                                                          Robert G. Mayer
                                                          Bankruptcy Judge

                                                          Entered on Docket August 26, 2015

Judy A. Robbins
United States Trustee

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 South Union Street
Alexandria, VA 22314
(703) 557-7229
E-mail:  Jack.I.Frankel@usdoj.gov

## Certificate of Service

I hereby certify that on the 25th day of August, 2015, I e-mailed a true copy of this proposed order to Donald F. King, Esq. donking@ofplaw.com and Dawn V. Martin,  Esq. dvmartinlaw@yahoo.com

/s/  Jack Frankel
Jack Frankel